UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REINA LICHTMAN,

Plaintiff,

- against -

TRANS UNION, LLC,
EQUIFAX INFORMATION SERVICES, LLC,
CHASE BANK USA, N.A., and
HUDSON VALLEY FEDERAL CREDIT UNION,

Defendants.

Case No. 7:18-cv-10960-CS

**DECLARATION OF DAVID J. RIVERA**

DAVID J. RIVERA, pursuant to 28 U.S.C. §1746, declares as follows:

1. I am an Operation Analyst of Credit Bureau Operations with JPMorgan Chase Bank, N.A. ("Chase"), formerly known as Chase Bank USA, N.A. My responsibilities include regularly providing research and support assistance for claims and litigation involving Chase. This certification is based upon my personal knowledge, my review of Chase's business records, and the knowledge I have acquired in the course of my duties with Chase. I am competent to testify on the matters stated herein.

2. Based on my position, I am familiar with the manner in which records are created and maintained by Chase in relation to Chase credit card accounts, including the Chase credit card account ending in 4739 ("the Account") in the name of Reina Lichtman ("Lichtman") referenced in Lichtman's complaint.

3. Attached hereto as Exhibit "1" is a true and correct copy of the Chase Cardmember Agreement governing the Account.

4. Attached hereto as Exhibit "2" is a true and correct copy of the Account's statements for the calendar year 2010, with the account number redacted but for the last four digits.

5. Attached hereto as Exhibit "3" is a true and correct copy of the Account's statements for the calendar year 2011, with the account number redacted but for the last four digits.

6. Attached hereto as Exhibit "4" is a true and correct copy of the Account's statements for the calendar year 2012, with the account number redacted but for the last four digits.

7. Attached hereto as Exhibit "5" is a true and correct copy of the Account's statements for the calendar year 2013, with the account number redacted but for the last four digits.

8. Attached hereto as Exhibit "6" is a true and correct copy of the Account's statements for the calendar year 2014, with the account number redacted but for the last four digits.

9. Attached hereto as Exhibit "7" is a true and correct copy of the Account's statements for the calendar year 2015, with the account number redacted but for the last four digits.

10. Attached hereto as Exhibit "8" is a true and correct copy of Chase's letter dated April 16, 2010 to Lichtman setting forth the terms of Lichtman's enrollment in Chase's Balance Liquidation Program.

11. Attached hereto as Exhibit "9" is a true and correct copy of Chase's letter dated October 11, 2012 to Lichtman setting forth the terms of Lichtman's reenrollment in Chase's Balance Liquidation Program.

12. Attached hereto as Exhibit "10" is a true and correct copy of Chase's letter to Lichtman dated February 5, 2015.

13. Attached hereto as Exhibit "11" is a true and correct copy of Lichtman's certified letter to Chase dated June 27, 2018 and its accompanying envelope, with the account number and Lichtman's social security number partially redacted.

14. Attached hereto as Exhibit "12" is a true and correct excerpted copy of the Account's C3 notes, with the account number redacted but for the last four digits. The C3 notes are the system of record for the Account.

15. Attached hereto as Exhibit "13" is a true and correct copy of an excerpted spreadsheet of archived events corresponding to the Account, with the account number redacted.

16. According to the Account's C3 notes and archived events spreadsheet, on July 16, 2018, Chase notated the 4739 Account as disputed with the credit bureaus. The C3 notes and archived events spreadsheet further indicate that Chase removed this notation on July 18, 2018.

17. Attached hereto as Exhibit "14" is a true and correct copy of Chase's letter to Lichtman dated July 18, 2018, with the account number partially redacted.

18. Attached hereto as Exhibit "15" is a true and correct excerpted copy of the 2018 Metro 2 Credit Reporting Resource Guide.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 18 day of September, 2019.

David Rivera

DAVID J. RIVERA