# EXHIBIT 15

EXCERPTED 2018 METRO 2 CREDIT REPORTING RESOURCE GUIDE REDACTED IN ITS ENTIRETY SUBJECT TO CHASE'S MOTION TO FILE UNDER SEAL