**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
REINA LICHTMAN,

                 Plaintiff,                  18 **CIVIL** 10960 (CS)

       -against-                       **JUDGMENT**

CHASE BANK USA, N.A.,

                 Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated April 27, 2020, Chase's motion for summary judgment is granted, judgment is entered for Chase Bank USA, N.A., and the case is closed.

**Dated:**  New York, New York
           April 29, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                          **Clerk of Court**
                                 **BY:**
                                                          _____
                                                          **Deputy Clerk**